**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- X
:
:
BERTRAM HIRSCH and IGOR ROMANOV, on :
behalf of themselves and all others similarly situated, :
:
:
Plaintiffs, :
: Case No. 12 Civ. 1124 (DAB)
vs. :
:
CITIBANK, N.A., :
:
:
Defendant. :
---------------------------------------------------------------- X

### APPENDIX OF TESTIMONY AND EXHIBITS TO
### DEFENDANT CITIBANK, N.A.'S PRE-HEARING BRIEF

                                                                              STROOCK & STROOCK & LAVAN LLP
                                                                              180 Maiden Lane
                                                                              New York, NY  10038-4982
                                                                              (212) 806-5400

                                                                              *Attorneys for Defendant*
                                                                              *Citibank, N.A.*

January 23, 2014

INDEX OF TESTIMONY AND EXHIBITS TO
DEFENDANT CITIBANK, N.A.'S PRE-HEARING BRIEF

| Transcript/Exhibit | Bates No. | Date | Document Description |
|---|---|---|---|
| Transcript | N/A | 1/6/2014 | Deposition Transcript of Michael Ashley |
| Transcript | N/A | 1/16/2014 | Deposition Transcript of Bertram Hirsch |
| Transcript | N/A | 1/7/2014 | Deposition Transcript of Nancy Lewis |
| Transcript | N/A | 1/9/2014 | Deposition Transcript of Igor Romanov |
| Transcript | N/A | 12/19/2013 | Deposition Transcript of Vivian Safir |
| Transcript | N/A | 1/9/2014 | Deposition Transcript of Fazri Zubair |
| Ex. A | CITI-0000079 | 10/25/2010 | Citibank Concierge Daily Transaction/Transmittal Report (Plaintiffs' Ex. 9 at deposition of Michael Ashley (Ashley: 34:17-20) |
| Ex. B | CITI-0000077 | 10/25/2010 | Citibank Concierge Daily Transaction/Transmittal Report (Plaintiffs' Ex. 30 at deposition of Fazri Zubair (Zubair: 17:23-18:6) |
| Ex. C | CITI-0000080 | 10/25/2010 | Citibank signature card – Bertram Hirsch (Ex. 3 at deposition of Bertram Hirsch (Hirsch: 53:2-13) |
| Ex. D | CITI-0000078 | 10/25/2010 | Citibank signature card – Igor Romanov (Plaintiffs' Ex. 36 at deposition of Igor Romanov (Romanov: 11:17-12:1, 36:15-21) |
| Ex. E | N/A | 12/23/2013 | Verified Responses and Objections to Plaintiffs' First Set of Interrogatories (without attachments) |
| Ex. F | CITI-0000155-183 | 7/1/2010 | Client Manual – Consumer Accounts (effective July 1, 2010) (referenced and attached to Verified Responses and Objections to Plaintiffs' First Set of Interrogatories, Plaintiffs' Ex 11 at deposition of Michael Ashley (Ashley: 59:11-12, 60:2-7), Plaintiffs' Ex. 20 at deposition of Nancy Lewis (Lewis: 15:7-15), Plaintiffs' Ex. 31 at deposition of Fazri Zubair (Zubair: 17-30:14) |
| Ex. G | CITI-0000184-208<br>CITI-0000209-233 | 7/1/2010<br>7/1/2010 | Marketplace Addendum – New York (effective July 2010)<br>Marketplace Addendum – California and Nevada (effective July 2010) (referenced |

| Transcript/Exhibit | Bates No. | Date | Document Description |
|---|---|---|---|
| | | | and attached to Verified Responses and Objections to Plaintiffs' First Set of Interrogatories, Plaintiffs' Ex. 26 at deposition of Nancy Lewis (Lewis: 29:17-30:14) |
| Ex. H | CITI-000001-28 | 1/1/2010 | Client Manual - Consumer Accounts (effective January 2010) (Plaintiffs' Ex. 5 at deposition of Vivian Safir) (Safir: 49:6-22) |
| Ex. I | CITI-0000119-132 | 3/4/2013 | Personal Banker Foundations – Participant Guide, North America Consumer (Plaintiffs' Ex. 24 at deposition of Nancy Lewis (Lewis: 26:17-21) |
| Ex. J | N/A | 1/8/2014 | Letter from Joseph Strauss, Esq. (for Defendant Citibank) to Plaintiffs' counsel regarding Plaintiffs' response to document requests |
| Ex. K | Bertram Hirsch 10-11 | 10/25/2010 | "Citi Products Opened/Applied For Today – Effective Date: October 25, 2010" (Ex. 5 at deposition of Bertram Hirsch) (Hirsch: 63:9-64:25) |
| Ex. L | N/A | 10/25-11/25/2010 | Citibank account statement dated November 25, 2010 (Ex. 7 at deposition of Bertram Hirsch (Hirsch: 82:10-21) |
| Ex. M | Bertram Hirsch 2-3 | 9/7/2010-10/31/2010 | C2KB Direct Mail 40,000 AA Miles Checking Offer (Ex. 8 at deposition of Bertram Hirsch (Hirsch: 85:24-86:25) |
| Ex. N | N/A | 11/1 – 11/30/2013 | Savings/checking accounts statement – Igor Romanov (Defendant's Ex. 1 at deposition of Igor Romanov) (Romanov: 45:16-21) |