# STROOCK

**BY ECF**

October 27, 2015

Joseph E. Strauss
Direct Dial  212-806-5497
Direct Fax  212-806-6006
jstrauss@stroock.com

Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

Re:   Hirsch, et al. v. Citibank, N.A.
      No. 12 Civ. 1124 (DAB)

Dear Judge Batts:

We represent defendant Citibank, N.A. in the above-referenced action. We respectfully write to inform the Court that the parties have agreed to mediate this dispute on November 20, 2015 before Lawrence W. Pollack, Esq. of JAMS.

We are available at the Court's convenience should the Court have any questions or concerns.

Respectfully submitted,

*Joseph E. Strauss*

Joseph E. Strauss

cc:   James C. Kelly, Esq. (e-mail)
      Samuel P. Sporn, Esq. (e-mail)
      Julia B. Strickland, Esq. (e-mail)
      Shannon E. Dudic, Esq. (e-mail)