# *The Law Office of James C. Kelly*

*244 5th Avenue, Suite K-278*
*New York, New York 10001*

*Phone: (212) 920 5042*
*Fax: (888) 224 2078*
*www.jckellylaw.com*
*jkelly@jckellylaw.com*

December 5, 2016

Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: *Hirsch, et al. vs. Citibank N.A.*, 12cv1124 (DAB)(JLC)

Dear The Honorable Judge Batts:

      We represent the Plaintiffs in the above-referenced class action (the "Action"), pending before Your Honor. Plaintiffs filed a motion for preliminary approval of a settlement of the class action on September 8, 2016. A proposed order in Word format was also submitted to the Court by email. Due to the nature of the Action, and that each class member may need a tax return that is several years old to help file a claim, we respectfully inform the Court that entry of the preliminary order as soon as possible may help to avoid loss or disposal of any necessary document.

Respectfully Submitted

*James Kelly*
James C. Kelly, Esq.
**The Law Office Of James C. Kelly**
244 5th Avenue, Suit K-278
New York, New York 10001
Tel: 212-920-5042
Fax: 888-224-2068
Email: jkelly@jckellylaw.com

Samuel P. Sporn, Esq.
**Schoengold & Sporn, P.C.**
World Wide Plaza
393 West 49th Street, Suite 5HH
New York, NY 10019
Tel: 212-964-0046
Email: sporn@spornlaw.com

*Attorneys for Plaintiffs*

cc:

Julia Strickland
Shannon Dudic